IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURTIS BRIAN WOODS,

    Petitioner,

v.

WILLIAMS, WARDEN FCI OXFORD,

    Respondent.

ORDER

Case No. 18-cv-18-wmc

Petitioner Curtis Brian Woods seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 31, 2018. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 4, 2017 through the date of the petition, January 4, 2018.

ORDER

IT IS ORDERED that:

    1.    Petitioner Curtis Brian Woods may have until January 31, 2018, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before January 31, 2018, I will assume that petitioner wishes to withdraw this petition.

Entered this 9th day of January, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge