IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CURTIS BRIAN WOODS,

        Petitioner,        OPINION AND ORDER

v.

                           18-cv-18-wmc

LOUIS WILLIAMS II, WARDEN,

        Respondent.

---

  Invoking 28 U.S.C. § 2241, Curtis Brian Woods, a federal prisoner currently incarcerated at the Federal Correctional Institution in Oxford, Wisconsin, seeks to vacate his sentence of 25 years in prison originally pronounced by the U.S. District Court in the Northern District of Illinois in 2002 for the crime of possession with intent to distribute crack cocaine. *United States v. Woods*, No. 3:01-cr-50045-1, dkt. #21(N.D. Ill. May 10, 2002). In determining the appropriate sentence, that court found Woods qualified as a career offender under USSG § 4B1.1 based on past convictions for the state law offenses of residential burglary and aggravated battery.

  Despite past, failed attempts to reduce his sentence, Woods successfully obtained relief under the First Step Act of 2018 in February of 2019. Specifically, after the government agreed to recommend that an amended judgment be entered, Woods was resentenced to a term of imprisonment of time served. *Id.*, dkt. #63, at 3. With that amended judgment entered on February 13, 2019, the Federal Bureau of Prisons inmate locator further indicates that Woods was released from custody that same day. *See*

1

https://www.bop.gov/inmateloc/ (last visited November 23, 2021).

Accordingly, Woods' petition in this court will be denied as moot since the relief sought has already been granted by the Northern District of Illinois, his.

ORDER

IT IS ORDERED that petitioner Curtis Woods' application under 28 U.S.C. § 2241 is DENIED AS MOOT.

Entered this 23rd day of November, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge